IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAPITALSOURCE FINANCE, LLC
    Plaintiff,

vs.                                    Case No. 3:09mc66/MCR/EMT

DELCO OIL, INC., et al.,
    Defendants.
_____/

**O R D E R**

This matter is before the court on Plaintiff's Unopposed Motion for Leave to Take Oral Deposition of Richard Allen Hill (Doc. 1). Plaintiff requests leave to depose Mr. Hill, an inmate confined at the Federal Prison Camp in Pensacola, Florida, who is a nonparty witness in <u>Capital Source Finance, LLC v. Stephen B. DeLuca</u>, Civil Action No. DKC 2006-2706, a case that is pending before United States District Judge Deborah K. Chasanow in the District Court of Maryland. Plaintiff seeks to proceed in this court pursuant to Federal Rules of Civil Procedure 30(a)(2)(B) and 37(a)(2), which the undersigned notes comports with Judge Chasanow's instructions in her letter/order to counsel dated July 15, 2009 (Civil Action No. DKC 2006-2706, District of Maryland, Doc. 116).

Upon consideration, this court grants Plaintiff's unopposed motion to take Mr. Hill's deposition. The deposition shall be conducted in compliance with all applicable Federal and Local Rules. The time, date, and other particulars pertaining to taking the deposition shall be as permitted by the Warden or other authorized persons at the institution.

Accordingly, it is **ORDERED**:

Plaintiff's Unopposed Motion for Leave to Take Oral Deposition of Richard Allen Hill (Doc. 1) is **GRANTED**, as set forth above.

**DONE AND ORDERED** this <u>30th</u> day of July 2009.

                                                   <u>/s/ *Elizabeth M. Timothy*</u>
                                                   **ELIZABETH M. TIMOTHY**
                                                   **UNITED STATES MAGISTRATE JUDGE**